UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SWETLAND,<br><br>             Plaintiff(s),<br><br>v.<br><br>PHILLIPS & COHEN AND ASSOCIATES,<br><br>             Defendant(s). | CIVIL ACTION NO.: 2:12-CV-02474-GP |

### DECLARATION OF ROBERT H. OBRINGER

I, Robert H. Obringer, declare and state as follows:

1. I am the Senior Vice President of Compliance and General Counsel of Phillips & Cohen Associates, Ltd. ("PCA"). I am competent and authorized to testify to the matters set forth herein and have personal knowledge of the facts stated herein.

2. PCA is a Financial Recovery Company. Part of its business entails the collection or attempted collection of debts owed to others.

3. In my capacity as PCA's Senior Compliance Officer and General Counsel, I am charged with overseeing and managing PCA's adherence to all guiding and applicable laws and regulations; establishing, implementing, and enforcing company policies and procedures; and managing all legal matters, including litigation arising out of and concerning PCA's collection activities. As such, I have personal knowledge of PCA's operating procedures as they relate to its collection activities. I also have personal knowledge of plaintiff's claims in this action. As such, I am one of PCA's custodians of record.

4. If called as a witness, I would testify to the following facts, which are based on personal knowledge. I have personal knowledge under which the records referenced herein were created and I am familiar with PCA's record keeping process.

5. PCA's records are kept in the ordinary course of business, all of which are made at or near the time by or from information transmitted by someone with knowledge, which are kept in the course of PCA's regularly conducted business activity, as part of its regular business practices.

6. As part of its regular business practice, PCA maintains a contemporaneous record of its activities relating to accounts it is asked to recover.

7. I have reviewed PCA's records associated with the account of Louis Swetland. The records show that on or about February 22, 2012, PCA was engaged to seek recovery on a debt owed by Mr. Louis Swetland, to Citibank, N.A., on a credit card account ending in '5206. Mr. Swetland had recently deceased on January 28, 2012. PCA began its efforts to seek recovery by attempting to determine whether Mr. Swetland had an estate with assets sufficient to satisfy the debt. In connection with its efforts, PCA conducted a search using Lexis Nexis, which on February 27, 2012, identified the telephone number 215-266-2009, as associated with Mr. Swetland.

8. The PCA records further show a PCA employee identified as JAdamsH manually called 2152662009 on 12 occasions as listed below, and at no time during any of the 12 occasions noted, did the PCA employee speak with the Plaintiff or leave a message on her phone. Instead, all 12 manually dialed calls made were unanswered:

| Call # | Date | Time | Action | Result | User | # called |
|---|---|---|---|---|---|---|
| 1 | 2/27/12 | 9:17:59 | OB Mobile | No Answer | JAdamsH | 2009 |
| 2 | 2/28/12 | 3:52:52 | OB Mobile | No answer | JAdamsH | 2009 |
| 3 | 2/29/12 | 1:07:59 | OB Mobile | No Answer | JAdamsH | 2009 |
| 4 | 3/2/12 | 12:40:45 | OB Mobile | No Answer | JAdamsH | 2009 |
| 5 | 3/7/12 | 8:56:16 | OB Mobile | No Answer | JAdamsH | 2009 |
| 6 | 3/8/12 | 12:56:37 | OB Mobile | No Answer | JAdamsH | 2009 |
| 7 | 3/14/12 | 8:46:20 | OB Mobile | No Answer | JAdamsH | 2009 |
| 8 | 3/19/12 | 3:35:39 | OB Mobile | No Answer | JAdamsH | 2009 |
| 9 | 3/22/12 | 4:47:33 | OB Mobile | No Answer | JAdamsH | 2009 |
| 10 | 3/26/12 | 9:55:52 | OB Mobile | No Answer | JAdamsH | 2009 |
| 11 | 3/30/12 | 9:54:06 | OB Mobile | No Answer | JAdamsH | 2009 |
| 12 | 4/3/12 | 10:58:50 | OB Mobile | No Answer | JAdamsH | 2009 |

8. Attached hereto as Exhibit A is a true, authentic and accurate copy of PCA's activities relating to the account of Louis Swetland, as redacted to protect the personally identifying information contained in such records.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of August, 2012.

/s/ Robert H. Obringer

# EXHIBIT A

 

# Account Notes

Customer Last Name: SWETLAND    Client Account Number: ▓▓▓▓▓5206    PCA Account Number: ▓▓▓▓690

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 4/18/2012 9:59:35 AM | ACTTAG | ACTTAG | adeberry | Assigned Consumer Account Tag: Closed |
| 4/18/2012 9:53:21 AM | RCDMSG | RCDMSG | lphair | ▓▓▓▓ |
| 4/18/2012 9:35:38 AM | RCDMSG | RCDMSG | adeberry | ▓▓▓▓ |
| 4/18/2012 9:22:35 AM | AUTOARMESSAGE | AUTOARMESSAGE | adeberry | ▓▓▓▓ |
| 4/18/2012 9:22:35 AM | Complaince Complaint Received | Complaince Complaint Acknowledged | adeberry | ******************RECEIVED LAWSUIT ********************* |
| 4/18/2012 9:22:35 AM | ACTTAG | ACTTAG | adeberry | ▓▓▓▓ |
| 4/18/2012 9:22:35 AM | ACTTAG | ACTTAG | adeberry | ▓▓▓▓ |
| 4/18/2012 9:22:35 AM | CNSWRKG | CNSWRKG | adeberry | ▓▓▓▓ |
| 4/18/2012 9:22:35 AM | REQ REVIEW | REQ REVIEW | adeberry | ▓▓▓▓ |
| 4/18/2012 9:22:09 AM | DELETEPHONE | DELETEPHONE | adeberry | Deleted Consumer phone. Details:  {Type= {CELL} , Number=2▓▓▓▓598, Ext.=, Country= {US} , Phone Status= {UNKNOWN} , Phone Source= {UNKNOWN} } |
| 4/18/2012 9:21:58 AM | RCDMSG | RCDMSG | adeberry | User accepted the compliance message: ▓▓▓▓ |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

Execution Time: 4/18/2012 10:37:47 AM

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 4/18/2012 8:55:08 AM | RCDMSG | RCDMSG | dnixon | User accepted the compliance message: ████████ |
| 4/18/2012 8:37:50 AM | RCDMSG | RCDMSG | adeberry | User accepted the compliance message: ████████ |
| 4/6/2012 10:36:05 AM | RVWREQDEL | RVWREQDEL | JAdamsH | Agent TSpencer deleted review request from Agent JAdamsH for the Consumer with a review date of Apr 5, 2012 12:00:00 AM |
| 4/6/2012 10:35:40 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: ████████ |
| 4/6/2012 8:43:41 AM | SentNotice | Validation Letter | SASuser | Validation Letter: 112 Sent |
| 4/5/2012 5:49:56 PM | REQ REVIEW | REQ REVIEW | TSpencer | Agent TSpencer sent the review request to Agent JAdamsH to review Consumer on the review date of Apr 5, 2012 12:00:00 AM.  Comments: NEO |
| 4/5/2012 5:49:43 PM | ICR | ACR | TSpencer | No message entered. |
| 4/5/2012 5:49:40 PM | Reviewed | NO PLAN TO OPEN ESTATE | TSpencer | No message entered. |
| 4/5/2012 5:49:40 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: NPOE |
| 4/5/2012 5:49:37 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: FMNS |
| 4/5/2012 5:49:37 PM | Reviewed | FAMILY MEMBER NO SPOUSE | TSpencer | No message entered. |
| 4/5/2012 5:49:33 PM | Reviewed | No Estate -- No Offer | TSpencer | No message entered. |
| 4/5/2012 5:49:33 PM | AUTOARMESSAGE | AUTOARMESSAGE | TSpencer | No Estate - No Offer |
| 4/5/2012 5:49:33 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: NEO |
| 4/5/2012 5:49:30 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: AI |
| 4/5/2012 5:49:30 PM | IB Consmr | AI | TSpencer | ICC FROM DGHTR UPSET FOR CALLS TO 2009 ADVSD CNDLCNS///ADVSD REC LINE//DUAL CNSNT//MM//PITCHED BIF///STATED DOESNT WANT ANYTHING TO DO WITH HIS ACCOUNTS AND NOT TO CALL HER ADVSD WOULD NOTE NO ESTATE AND NOONES PAYING HIS DEBTS THNKD EOC |
| 4/5/2012 5:49:30 PM | AUTOARMESSAGE | AUTOARMESSAGE | TSpencer | Authorized Individual |

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 4/5/2012 5:45:13 PM | DELETEPHONE | DELETEPHONE | TSpencer | Deleted Consumer phone. Details: {Type= {CELL} , Number=▇▇▇▇2009, Ext.=, Country= {US} , Phone Status=, Phone Source=} |
| 4/5/2012 5:44:26 PM | IC Client | Recived More Infomation | SScala | TRANFR |
| 4/5/2012 5:44:09 PM | RCDMSG | RCDMSG | TSpencer | User accepted the compliance message: ▇▇▇ |
| 4/5/2012 5:43:19 PM | RCDMSG | RCDMSG | SScala | User accepted the compliance message: ▇▇▇ |
| 4/3/2012 10:58:50 AM | UPDCBK | UPDCBK | JAdamsH | ▇▇▇ |
| 4/3/2012 10:58:50 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 4/3/2012 10:58:13 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 4/3/2012 10:58:13 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: ▇▇▇ |
| 3/30/2012 9:54:06 AM | UPDCBK | UPDCBK | JAdamsH | ▇▇▇ |
| 3/30/2012 9:54:06 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/30/2012 9:53:24 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/30/2012 9:53:24 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: ▇▇▇ |
| 3/26/2012 9:55:52 AM | UPDCBK | UPDCBK | JAdamsH | ▇▇▇ |
| 3/26/2012 9:55:52 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/26/2012 9:55:22 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/26/2012 9:55:22 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: ▇▇▇ |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 3/22/2012 4:49:29 PM | OB Other | No Answer | JAdamsH | 7944 |
| 3/22/2012 4:48:46 PM | OB Other | No Answer | JAdamsH | 4236 |
| 3/22/2012 4:48:04 PM | OB Mobile | No Answer | JAdamsH | 2598 |
| 3/22/2012 4:48:04 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/22/2012 4:47:33 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/22/2012 4:47:33 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/22/2012 4:47:06 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/22/2012 4:47:06 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 3/19/2012 3:35:39 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/19/2012 3:35:39 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/19/2012 3:34:47 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/19/2012 3:34:47 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 3/14/2012 8:46:20 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/14/2012 8:46:20 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/14/2012 8:45:30 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/14/2012 8:45:30 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 3/8/2012 1:00:28 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/8/2012 1:00:28 PM | OB Other | No Answer | JAdamsH | 0160 |
| 3/8/2012 12:59:03 PM | OB Other | No Answer | JAdamsH | 7944 |
| 3/8/2012 12:58:04 PM | OB Other | AnsMach LM | JAdamsH | GEN MSG,, 4236 |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 3/8/2012 12:57:00 PM | OB Mobile | No Answer | JAdamsH | 2598 |
| 3/8/2012 12:56:37 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/8/2012 12:56:37 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/8/2012 12:56:05 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/8/2012 12:56:05 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 3/7/2012 8:56:16 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/7/2012 8:56:16 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/7/2012 8:55:59 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/7/2012 8:55:59 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 3/2/2012 12:40:45 PM | UPDCBK | UPDCBK | JAdamsH | |
| 3/2/2012 12:40:45 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/2/2012 12:39:02 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/2/2012 12:39:02 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 2/29/2012 1:07:59 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 2/29/2012 1:07:59 PM | UPDCBK | UPDCBK | JAdamsH | |
| 2/29/2012 1:07:24 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 2/29/2012 1:07:24 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 2/28/2012 3:52:52 PM | UPDCBK | UPDCBK | JAdamsH | |

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 2/28/2012 3:52:52 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 2/28/2012 3:51:43 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 2/28/2012 3:51:43 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 2/27/2012 9:17:59 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 2/27/2012 9:17:48 AM | UPDPHO | UPDPHN | JAdamsH | Saved Consumer phone. Details: {Type= {CELL} , Number=▮▮▮▮2009, Ext.=, Country= {US} , Phone Status=, Phone Source=} |
| 2/27/2012 9:17:21 AM | UPDPHO | UPDPHN | JAdamsH | Saved Consumer phone. Details: {Type= {HOME} , Number=▮▮▮▮2009, Ext.=, Country= {US} , Phone Status=, Phone Source=} |
| 2/27/2012 9:16:45 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 2/27/2012 9:16:16 AM | AUTOARMESSAGE | AUTOARMESSAGE | JAdamsH | Potential |
| 2/27/2012 9:16:16 AM | Reviewed | Potential | JAdamsH | No message entered. |
| 2/27/2012 9:16:16 AM | ACTTAG | ACTTAG | JAdamsH | Assigned Consumer Account Tag: POT |
| 2/27/2012 9:16:12 AM | OB Other | No Answer | JAdamsH | 7160 |
| 2/27/2012 9:15:56 AM | OB Other | No Answer | JAdamsH | 7944 |
| 2/27/2012 9:15:40 AM | OB Other | No Answer | JAdamsH | 4236 |
| 2/27/2012 9:15:40 AM | UPDCBK | UPDCBK | JAdamsH | |
| 2/27/2012 9:14:59 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain NEW. |
| 2/27/2012 9:14:59 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: |
| 2/22/2012 2:00:53 PM | OB Other | No Answer | JAdamsH | 0160 |
| 2/22/2012 2:00:42 PM | OB Other | No Answer | JAdamsH | 7944 |
| 2/22/2012 1:59:16 PM | OB Home | No Answer | JAdamsH | 4236 |
| 2/22/2012 1:59:08 PM | DELETEPHONE | DELETEPHONE | JAdamsH | Deleted Consumer phone. Details: {Type= {HOME} , Number=▮▮▮▮6386, Ext.=, Country= {US} , Phone Status= {UNKNOWN} , Phone Source= {UNKNOWN} } |

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 2/22/2012 1:59:03 PM | OB Home | No Answer | JAdamsH | 6386 |
| 2/22/2012 1:59:03 PM | UPDCBK | UPDCBK | JAdamsH | ▮ |
| 2/22/2012 1:58:19 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain NEW. |
| 2/22/2012 1:58:19 PM | RCDMSG | RCDMSG | JAdamsH | ▮ |
| 2/22/2012 10:50:50 AM | Client Note | REV | SASuser | LEXIS SKIP FILE PROCESSED (DOD and BANKRUPTCY) |
| 2/22/2012 8:28:44 AM | SentNotice | LOCATE LETTER | SASuser | Locate Letter: 56012 Sent |
| 2/22/2012 8:11:42 AM | UPDCBK | UPDCBK | csmith | Updated from a job. Next Contact time set to 2011-08-01 00:00:00.0 |
| 2/22/2012 8:11:42 AM | CNSSAV | CNSSAV | csmith | Saved Consumer. Details: {Last Name=SWETLAND, First Name=LOUIS, Middle Name=S, Birth date=▮ Driver License Number=, Email=, Workgroup short name=DpA01W11} |
| 2/22/2012 8:11:42 AM | CNSWRKG | CNSWRKG | csmith | Added to Workgroup: Janea Adams-Hamilton - ext. 2117 |
| 2/22/2012 8:04:08 AM | CNSWRKG | CNSWRKG | csmith | Moved Workgroup: From Cit21hld to CitiNwP |
| 2/22/2012 6:55:47 AM | DECINF | DECINF | SASuser | DOD Updated |