# Exhibit D

# Defendant's Reply to Plaintiff's

# Requests for Production of Documents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SWETLAND, | |
| Plaintiff, | |
| v. | |
| PHILLIPS AND COHEN AND ASSOCIATES, | |
| and | Civil Action No.: 2:12-cv-02474-GP |
| JOHN DOES 1-10, | |
| and | |
| XYZ Corporations, | |
| Defendants. | |

## PHILLIPS & COHEN ASSOCIATES, LTD'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes Defendant, PHILLIPS & COHEN ASSOCIATES, LTD. ("PCA"), which responds to the Request for Production of Documents propounded by Plaintiff.

PCA objects to the instructions contained in Plaintiff's discovery requests as being overbroad and requesting irrelevant and privileged information and documents. Notwithstanding said objections, PCA responds to Plaintiff's discovery requests as follows:

1.    Copies of any and all documents, emails, faxes or electronically stored information pertaining to the account(s) which is the subject of this action.

**RESPONSE:**  PCA objects to this Request as unlimited in scope and time. Subject to and without waiving this objection, see account notes marked PCA 1 to 7, which were previously produced on May 14, 24 and 28, 2012.

2.    Copies of all written correspondence of any kind whatsoever, including fax email or other forms of written communication, from the Defendant(s) to the original alleged creditor for the account which is the subject of this action.

**RESPONSE:**  PCA objects to this Request as overly broad, unlimited in scope and time, solicitous of information not likely to lead to the discovery of relevant and admissible evidence; and as it seeks information beyond the limited allegations in plaintiff's Complaint.  Subject to and without waiving this objection, PCA does not have within its possession, custody or control documents responsive to this Request.

3.    Copies of all written correspondence of any kind whatsoever, including fax email or other forms of written communication, from the original alleged creditor to Defendant for the account which is the subject of this action.

**RESPONSE:**  PCA objects to this Request as overly broad, unlimited in scope and time, solicitous of information not likely to lead to the discovery of relevant and admissible evidence; and as it seeks information beyond the limited allegations in plaintiff's Complaint.  Subject to and without waiving this objection, PCA does not have within its possession, custody or control documents responsive to this Request.

4.    Copies of all recorded telephone conversations between Plaintiff and Defendant(s).

**RESPONSE:**  See June 29, 2012 correspondence and attached recording from Aaron R. Easley, Esq. to Vicki Piontek, Esq.

5.    Copies of all records of any kind whatsoever (written or electronic) showing outgoing and incoming calls from Defendant to Plaintiff.

**RESPONSE:**  PCA objects to this Request as unlimited in scope and time. Subject to and without waiving this objection, see account notes marked PCA 1 to 7, which were previously produced on May 14, 24 and 28, 2012.

6.    Copie(s) of any and all corporate charter, articles of incorporation, or other documents used to establish Defendant(s) as a business entity.

**RESPONSE:**  PCA objects to this Request as overly broad, unlimited in scope and time, solicitous of information not likely to lead to the discovery of relevant and admissible evidence; and as it seeks information beyond the limited allegations in plaintiff's Complaint.

7.    Copie(s) of any and all corporate charter, articles of incorporation, or other documents used to establish Defendant(s) parent company(ies) as a business entity(ies).

**RESPONSE:** PCA objects to this Request as overly broad, unlimited in scope and time, solicitous of information not likely to lead to the discovery of relevant and admissible evidence, and as it seeks information beyond the limited allegations in plaintiff's Complaint.

8.    Copies of training materials used in connection with Defendant(s)' employees engage in any and all types of collection activity.

**RESPONSE:** PCA objects to this Request as overly burdensome, cumbersome, unlimited in scope and time, solicitous of information not likely to lead to the discovery of relevant and admissible evidence, and as it seeks information beyond the limited allegations in plaintiff's Complaint.

9.    Copies of any and all materials provided to Defendant(s) by the original creditor for the account(s) which is the subject of this action.

**RESPONSE:** PCA objects to this Request as overly broad, vague, ambiguous, solicitous of information not likely to lead to the discovery of relevant and admissible evidence, and as it seeks information beyond the limited allegations in plaintiff's Complaint

10.    Any and all documents to indicate how Defendant(s) obtained the telephone number(s) used to contact Plaintiff.

**RESPONSE:** PCA obtained plaintiff's telephone number through a service offered by Lexis-Nexis. PCA does not have within its possession, custody, or control any documents responsive to this Request.

Dated: July 9, 2012

Respectfully submitted
/s/ Aaron R. Easley
Aaron R. Easley, Esq. (73683)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone No.: (908) 751-5940
Facsimile No.: (908) 751-5944
aeasley@sessions-law.biz
Attorneys for Defendant
Phillips & Cohen Associates, LTD

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2012, a copy of **Defendant Phillips &**

**Cohen Associates, LTD's Response to Plaintiff's First Request for Production of**

**Documents** was served on the following attorney of record via certified and regular mail

at the address below:

Vicki Piontek, Esq. (83559)
951 Allentown Road
Lansdale, PA 19446
Tel: (877) 737-8617
Fax: (866) 408-6735
Email: palaw@justice.com
Attorney for Plaintiff
Michelle Swetland

By:     /s/ Aaron R. Easley
        Aaron R. Easley, Esq.
        Attorney for Defendant
        Phillips & Cohen Associates, LTD



PHILLIPS & COHEN
ASSOCIATES, LTD.

*Recovering*
*...THE POSSIBILITIES*

## Account Notes

**Customer Last Name: SWETLAND**     **Client Account Number: 5520810020585206**     **PCA Account Number: 18414690**

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 4/18/2012 9:59:35 AM | ACTTAG | ACTTAG | adeberry | Assigned Consumer Account Tag: Closed |
| 4/18/2012 9:53:21 AM | RCDMSG | RCDMSG | lphair | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages={11129684=ACCOUNT IS CLOSED DO NOT WORK}} |
| 4/18/2012 9:35:38 AM | RCDMSG | RCDMSG | adeberry | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages={11129684=ACCOUNT IS CLOSED DO NOT WORK}} |
| 4/18/2012 9:22:35 AM | AUTOARMESSA GE | AUTOARMESSA GE | adeberry | Received Compliance Complaint |
| 4/18/2012 9:22:35 AM | Compliance Complaint Received | Complaince Complaint Acknowledged | adeberry | ***********************RECEIVED LAWSUIT *********************** |
| 4/18/2012 9:22:35 AM | ACTTAG | ACTTAG | adeberry | Assigned Consumer Account Tag: CCR |
| 4/18/2012 9:22:35 AM | ACTTAG | ACTTAG | adeberry | Assigned Consumer Account Tag: Suspend |
| 4/18/2012 9:22:35 AM | CNSWRKG | CNSWRKG | adeberry | Moved Workgroup: From NEOHOLD to COMPLGL |
| 4/18/2012 9:22:35 AM | REQ REVIEW | REQ REVIEW | adeberry | Agent adeberry sent the review request to Agent robringer to review Consumer on the review date of Apr 18, 2012 9:22:36 AM. Comments: REVIEW COMPLAINT RECEIVED |
| 4/18/2012 9:22:09 AM | DELETEPHONE | DELETEPHONE | adeberry | Deleted Consumer phone. Details: {Type= {CELL} , Number=2158722598, Ext.=, Country= {US} , Phone Status= {UNKNOWN} , Phone Source= {UNKNOWN} } |
| 4/18/2012 9:21:58 AM | RCDMSG | RCDMSG | adeberry | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

Page 1 of 7

Execution Time: 4/18/2012 10:37:47 AM

PCA 1

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 4/18/2012 8:55:08 AM | RCDMSG | RCDMSG | dnixon | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 4/18/2012 8:37:50 AM | RCDMSG | RCDMSG | adeberry | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 4/6/2012 10:36:05 AM | RVWREQDEL | RVWREQDEL | JAdamsH | Agent TSpencer deleted review request from Agent JAdamsH for the Consumer with a review date of Apr 5, 2012 12:00:00 AM |
| 4/6/2012 10:35:40 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 4/6/2012 8:43:41 AM | SentNotice | Validation Letter | SASuser | Validation Letter: 112 Sent |
| 4/5/2012 5:49:56 PM | REQ REVIEW | REQ REVIEW | TSpencer | Agent TSpencer sent the review request to Agent JAdamsH to review Consumer on the review date of Apr 5, 2012 12:00:00 AM. Comments: NEO |
| 4/5/2012 5:49:43 PM | ICR | ACR | TSpencer | No message entered. |
| 4/5/2012 5:49:40 PM | Reviewed | NO PLAN TO OPEN ESTATE | TSpencer | No message entered. |
| 4/5/2012 5:49:40 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: NPOE |
| 4/5/2012 5:49:37 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: FMNS |
| 4/5/2012 5:49:37 PM | Reviewed | FAMILY MEMBER NO SPOUSE | TSpencer | No message entered. |
| 4/5/2012 5:49:33 PM | Reviewed | No Estate -- No Offer | TSpencer | No message entered. |
| 4/5/2012 5:49:33 PM | AUTOARMESSAGE | AUTOARMESSAGE | TSpencer | No Estate - No Offer |
| 4/5/2012 5:49:33 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: NEO |
| 4/5/2012 5:49:30 PM | ACTTAG | ACTTAG | TSpencer | Assigned Consumer Account Tag: AI |
| 4/5/2012 5:49:30 PM | IB Consmr | AI | TSpencer | ICC FROM DGHTR UPSET FOR CALLS TO 2009 ADVSD CNDLCNS///ADVSD REC LINE//DUAL CNSNT//MM//PITCHED BIF///STATED DOESNT WANT ANYTHING TO DO WITH HIS ACCOUNTS AND NOT TO CALL HER ADVSD WOULD NOTE NO ESTATE AND NOONES PAYING HIS DEBTS THNKD EOC |
| 4/5/2012 5:49:30 PM | AUTOARMESSAGE | AUTOARMESSAGE | TSpencer | Authorized Individual |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

Page 2 of 7     Execution Time: 4/18/2012 10:37:47 AM

PCA 2

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 4/5/2012 5:45:13 PM | DELETEPHONE | DELETEPHONE | TSpencer | Deleted Consumer phone. Details: {Type= {CELL} , Number=2152662009, Ext.=, Country= {US} , Phone Status=, Phone Source=} |
| 4/5/2012 5:44:26 PM | IC Client | Recived More Infomation | SScala | TRANFR |
| 4/5/2012 5:44:09 PM | RCDMSG | RCDMSG | TSpencer | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 4/5/2012 5:43:19 PM | RCDMSG | RCDMSG | SScala | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 4/3/2012 10:58:50 AM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 392529828. Next Contact time set to Thu Apr 05 00:00:00 EDT 2012 |
| 4/3/2012 10:58:50 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 4/3/2012 10:58:13 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 4/3/2012 10:58:13 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 3/30/2012 9:54:06 AM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 392205392. Next Contact time set to Tue Apr 03 00:00:00 EDT 2012 |
| 3/30/2012 9:54:06 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/30/2012 9:53:24 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/30/2012 9:53:24 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 3/26/2012 9:55:52 AM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 391423539. Next Contact time set to Thu Mar 29 00:00:00 EDT 2012 |
| 3/26/2012 9:55:52 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/26/2012 9:55:22 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/26/2012 9:55:22 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

Execution Time: 4/18/2012 10:37:47 AM

PCA 3

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 3/22/2012 4:49:29 PM | OB Other | No Answer | JAdamsH | 7944 |
| 3/22/2012 4:48:46 PM | OB Other | No Answer | JAdamsH | 4236 |
| 3/22/2012 4:48:04 PM | OB Mobile | No Answer | JAdamsH | 2598 |
| 3/22/2012 4:48:04 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 391110734. Next Contact time set to Mon Mar 26 00:00:00 EDT 2012 |
| 3/22/2012 4:47:33 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 391110677. Next Contact time set to Mon Mar 26 00:00:00 EDT 2012 |
| 3/22/2012 4:47:33 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/22/2012 4:47:06 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/22/2012 4:47:06 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 3/19/2012 3:35:39 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 390711263. Next Contact time set to Thu Mar 22 00:00:00 EDT 2012 |
| 3/19/2012 3:35:39 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/19/2012 3:34:47 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/19/2012 3:34:47 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 3/14/2012 8:46:20 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 390192280. Next Contact time set to Sat Mar 17 00:00:00 EDT 2012 |
| 3/14/2012 8:46:20 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/14/2012 8:45:30 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/14/2012 8:45:30 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 3/8/2012 1:00:28 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 389130450. Next Contact time set to Tue Mar 13 00:00:00 EDT 2012 |
| 3/8/2012 1:00:28 PM | OB Other | No Answer | JAdamsH | 0160 |
| 3/8/2012 12:59:03 PM | OB Other | No Answer | JAdamsH | 7944 |
| 3/8/2012 12:58:04 PM | OB Other | AnsMach LM | JAdamsH | GEN MSG,, 4236 |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

Page 4 of 7

Execution Time: 4/18/2012 10:37:47 AM

PCA 4

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 3/8/2012 12:57:00 PM | OB Mobile | No Answer | JAdamsH | 2598 |
| 3/8/2012 12:56:37 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/8/2012 12:56:37 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 389130123. Next Contact time set to Tue Mar 13 00:00:00 EDT 2012 |
| 3/8/2012 12:56:05 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/8/2012 12:56:05 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.}, Consumer Account compliance messages=} |
| 3/7/2012 8:56:16 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 389052807. Next Contact time set to Thu Mar 08 00:00:00 EST 2012 |
| 3/7/2012 8:56:16 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/7/2012 8:55:59 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/7/2012 8:55:59 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message:  {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.}, Consumer Account compliance messages=} |
| 3/2/2012 12:40:45 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 388449222. Next Contact time set to Wed Mar 07 00:00:00 EST 2012 |
| 3/2/2012 12:40:45 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 3/2/2012 12:39:02 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 3/2/2012 12:39:02 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message:  {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.}, Consumer Account compliance messages=} |
| 2/29/2012 1:07:59 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 2/29/2012 1:07:59 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 388150118. Next Contact time set to Fri Mar 02 00:00:00 EST 2012 |
| 2/29/2012 1:07:24 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 2/29/2012 1:07:24 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message:  {Consumer compliance message= {This consumer resides in a dual consent state.  State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.}, Consumer Account compliance messages=} |
| 2/28/2012 3:52:52 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 388007724. Next Contact time set to Wed Feb 29 00:00:00 EST 2012 |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

PCA 5

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 2/28/2012 3:52:52 PM | OB Mobile | No Answer | JAdamsH | 2009 |
| 2/28/2012 3:51:43 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain POT. |
| 2/28/2012 3:51:43 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 2/27/2012 9:17:59 AM | OB Mobile | No Answer | JAdamsH | 2009 |
| 2/27/2012 9:17:48 AM | UPDPHO | UPDPHN | JAdamsH | Saved Consumer phone. Details: {Type= {CELL} , Number=2152662009, Ext.=, Country= {US} , Phone Status=, Phone Source=} |
| 2/27/2012 9:17:21 AM | UPDPHO | UPDPHN | JAdamsH | Saved Consumer phone. Details: {Type= {HOME} , Number=2152662009, Ext.=, Country= {US} , Phone Status=, Phone Source=} |
| 2/27/2012 9:16:45 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 2/27/2012 9:16:16 AM | AUTOARMESSAGE | AUTOARMESSAGE | JAdamsH | Potential |
| 2/27/2012 9:16:16 AM | Reviewed | Potential | JAdamsH | No message entered. |
| 2/27/2012 9:16:16 AM | ACTTAG | ACTTAG | JAdamsH | Assigned Consumer Account Tag: POT |
| 2/27/2012 9:16:12 AM | OB Other | No Answer | JAdamsH | 7160 |
| 2/27/2012 9:15:56 AM | OB Other | No Answer | JAdamsH | 7944 |
| 2/27/2012 9:15:40 AM | OB Other | No Answer | JAdamsH | 4236 |
| 2/27/2012 9:15:40 AM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 387755830. Next Contact time set to Thu Mar 01 00:00:00 EST 2012 |
| 2/27/2012 9:14:59 AM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain NEW. |
| 2/27/2012 9:14:59 AM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 2/22/2012 2:00:53 PM | OB Other | No Answer | JAdamsH | 0160 |
| 2/22/2012 2:00:42 PM | OB Other | No Answer | JAdamsH | 7944 |
| 2/22/2012 1:59:16 PM | OB Home | No Answer | JAdamsH | 4236 |
| 2/22/2012 1:59:08 PM | DELETEPHONE | DELETEPHONE | JAdamsH | Deleted Consumer phone. Details: {Type= {HOME} , Number=2152626386, Ext.=, Country= {US} , Phone Status= {UNKNOWN} , Phone Source= {UNKNOWN} } |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

| DATE / TIME | ACTION | RESULT | USER | NOTES |
|---|---|---|---|---|
| 2/22/2012 1:59:03 PM | OB Home | No Answer | JAdamsH | 6386 |
| 2/22/2012 1:59:03 PM | UPDCBK | UPDCBK | JAdamsH | This call back is generated by A/R Event with id: 387218202. Next Contact time set to Sat Feb 25 00:00:00 EST 2012 |
| 2/22/2012 1:58:19 PM | NXTCNS | NXTCNS | JAdamsH | Next Consumer for Workgroup DpA01W11, Workchain NEW. |
| 2/22/2012 1:58:19 PM | RCDMSG | RCDMSG | JAdamsH | User accepted the compliance message: {Consumer compliance message= {This consumer resides in a dual consent state. State the following and note the file with their response: This call will be recorded for quality or review purposes.<br>There must be clear documentation in the account notes which indicate if the consumer objected to the recording.} , Consumer Account compliance messages=} |
| 2/22/2012 10:50:50 AM | Client Note | REV | SASuser | LEXIS SKIP FILE PROCESSED (DOD and BANKRUPTCY) |
| 2/22/2012 8:28:44 AM | SentNotice | LOCATE LETTER | SASuser | Locate Letter: 56012 Sent |
| 2/22/2012 8:11:42 AM | UPDCBK | UPDCBK | csmith | Updated from a job. Next Contact time set to 2011-08-01 00:00:00.0 |
| 2/22/2012 8:11:42 AM | CNSSAV | CNSSAV | csmith | Saved Consumer. Details: {Last Name=SWETLAND, First Name=LOUIS, Middle Name=S, Birth date=Fri Sep 15 00:00:00 EDT 1933, SSN=3235, Driver License Number=, Email=, Workgroup short name=DpA01W11} |
| 2/22/2012 8:11:42 AM | CNSWRKG | CNSWRKG | csmith | Added to Workgroup: Janea Adams-Hamilton - ext. 2117 |
| 2/22/2012 8:04:08 AM | CNSWRKG | CNSWRKG | csmith | Moved Workgroup: From Cit21hld to CitiNwP |
| 2/22/2012 6:55:47 AM | DECINF | DECINF | SASuser | DOD Updated |

These notes are considered proprietary to Phillips & Cohen Associates, Ltd., and must be treated as confidential.

Page 7 of 7

Execution Time: 4/18/2012 10:37:47 AM

PCA 7