UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SWETLAND,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIPS AND COHEN AND ASSOCIATES,<br><br>and<br><br>JOHN DOES 1-10,<br><br> and<br><br>XYZ Corporations,<br><br>    Defendants. | Civil Action No.: 2:12-cv-02474-GP |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michelle Swetland, and Defendant, Phillips & Cohen Associates, Ltd. ("PCA"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against PCA, with each side to bear its own fees and costs.

Dated: September 17, 2012.

/s/ Vicki Piontek
Vicki Piontek, Esq.
Piontek Law Office
951 Allentown Road
Lansdale, PA 19446
Telephone: (877) 737-8617
palaw@justice.com

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ  08822
Telephone No.: (908) 751-5797
aeasley@sessions-law.biz
Attorney for Defendant
Phillips & Cohen Associates, Ltd.

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of September 2012, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically in the ECF system.  Notice of this filing will be sent to all parties, listed below, by operation of the Court's electronic filing system.

Vicki Piontek
Piontek Law Office
951 Allentown Road
Lansdale, PA 19446

/s/ Vicki Piontek
Vicki Piontek, Esq.
Attorney for Plaintiff
Michele Swetland